1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEMONE E. STOREY,                         1:08-cv-01111-GSA (PC)

12              Plaintiff,                      **ORDER TRANSFERRING CASE TO THE
                                                SACRAMENTO DIVISION OF THE**
13   vs.                                        **EASTERN DISTRICT OF CALIFORNIA**

14   STEVE MOORE, D.V.I. Warden,

15              Defendant.

16   _____/

17          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

18   U.S.C.  § 1983.

19          In his complaint, plaintiff alleges violations of his civil rights by defendant.  The alleged

20   violations took place in San Joaquin County, which is part of the Sacramento Division of the United

21   States District Court for the Eastern District of California.   Therefore, the complaint should have

22   been filed in the Sacramento Division.

23          Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

25   be transferred to the Sacramento Division.

26          Good cause appearing, IT IS HEREBY ORDERED that:

27          1.  This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Sacramento; and

-1-

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:    August 7, 2008**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE